April 12, 2018

Hon. Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York, Room 230
500 Pearl Street
New York, NY 10007

**Re: Case No. 1:17-cv-09962-KPF, Request for extension to file Motion to Dismiss and Motion to Impose Sanctions[1]**

Dear Judge Failla:

I am writing to request a short extension of the April 16th, 2018 deadline to file my combined motion to dismiss and motion to impose sanctions. This is my first request for an extension. The reason I am asking for an extension is because I am a pro se plaintiff without any prior legal experience and English is not my first language. I am making a good effort to complete a memorandum of law in support of these motions, but need some more time to complete it.

I request Your Honor grant me a brief extension to April 30st, 2018.

This would affect the Plaintiff's deadline to submit a response and my subsequent reply deadline as well. I propose extending Plaintiff's response deadline from May 18th to June 1st, 2018. I propose extending my reply deadline from June 8th, 2018 to June 22nd, 2018.

Sincerely,

John Doe, Defendant *pro se*

---

[1] This document was prepared with the assistance of the New York Legal Assistance Group's Legal Clinic for Pro Se Litigants in the SDNY.