```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
    MALIBU MEDIA, LLC,                                :
                                                      :
                                    Plaintiff,        :     17 Civ. 9962 (KPF)
                                                      :
                        v.                            :           ORDER
                                                      :
    JOHN DOE,                                         :
                                                      :
                                    Defendant.        :
                                                      :
------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  June 28, 2018

KATHERINE POLK FAILLA, District Judge:

On June 27, 2018, Plaintiff filed a motion to strike portions of Defendant's reply brief or, in the alternative, for leave to file a surreply brief. (Dkt. #26).  Plaintiff notes that, in Defendant's reply brief, dated June 21, 2018, he raised a new argument not addressed in his opening brief — namely, that the Court should consider sanctions under 28 U.S.C. § 1927.  (*Id.* at ¶ 5). Plaintiff further notes that raising new legal arguments for the first time in a reply brief is improper.  (*Id.* at ¶ 6 (citing *Rowley* v. *City of N.Y.*, No. 00 Civ. 1793 (DAB), 2005 WL 2429514, at *5 (S.D.N.Y. Sept. 30, 2005)).

The Court agrees with Plaintiff.  Therefore, Plaintiff's request to file a surreply brief is GRANTED.  However, given the brevity of Defendant's discussion of § 1927 in his reply brief, Plaintiff's surreply may not exceed 5 pages, nor may it address any arguments other than the viability of sanctions under § 1927.  Plaintiff's surreply brief is due on or before **July 10, 2018**.

SO ORDERED.

Dated:    June 28, 2018
          New York, New York

                                                    KATHERINE POLK FAILLA
                                                   United States District Judge

*Copy mailed by Chambers to Defendant John Doe.*